# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Lillie M. Walker, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:04-1370-MBS |
| | ) | |
| Bechtel Savannah River, Inc.; Westinghouse Savannah River Company, LLC; and WSRC/BSRI Employee Benefits Program, | ) ) ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: judgment is entered for the defendants, Bechtel Savannah River, Inc.; Westinghouse Savannah River Company, LLC; and WSRC/BSRI Employee Benefits Program against plaintiff, Lillie M. Walker, and this case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decision by the Honorable Margaret B. Seymour, United States District Judge presiding. The Court having made its Findings of Fact and Conclusions of Law, and Order as to plaintiff's claim for total and permanent disability benefits.

Date:  September 21, 2010

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*